J. C. H. Claussen, Respondent, v. Charles H. Russell, as Receiver, etc., Appellant. — Judgment reversed and order entered sustaining demurrer, with leave to plaintiff to amend in twenty days

on payment of costs of appeal and of demurrer. Opinion by DANIELS, J.